KARL GERBER, ESQ. (SBN 166003)
ANN GULESER, ESQ. (SBN 210790)
EMPLOYMENT LAWYERS GROUP
13418 Ventura Boulevard
Sherman Oaks, California 91423
Telephone: 818-783-7300
Facsimile: 818-995-7159
E-mail: aguleser@emplaw.net

Attorneys for Plaintiff, JASON M. SPENCER

JEFFREY F. ALLEN, ESQ. (SBN 204042)
BOND, SCHOENECK & KING, PLLC
350 Linden Oaks, Third Floor
Rochester, New York 14625
Telephone: 585-362-4700
Facsimile: 585-362-4779
E-mail: jeffreyallen@bsk.com

Attorneys for Defendant, TECHNIC, INC.

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA-SOUTHERN DIVISION

| | |
|---|---|
| JASON M. SPENCER, an individual<br><br>Plaintiff,<br><br>v.<br><br>TECHNIC, INC.; and DOES 1 through 100 inclusive<br><br>Defendants. | CASE NO.: 8:15-cv-01976-JVS-RAO<br><br>Assigned to: Hon. James V. Selna<br>Courtroom: 10C<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

**IT HEREBY IS STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all of the parties to the above-captioned action, that whereas no party hereto is an infant or an incompetent person, the above-captioned action be, and the same hereby is, dismissed as between all parties, and all claims herein are dismissed with prejudice,

1

STIPULATION OF DISMISSAL WITH PREJUDICE

2903961.1 5/9/2017

without costs, attorneys' fees, expenses or further disbursements to any party as against another, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. This stipulation may be filed without further notice with the Clerk of the Court.

**IT IS SO STIPULATED AND AGREED.**

DATED: May 9, 2017					EMPLOYMENT LAWYERS GROUP

								By: */s/ Ann Guleser*
									Ann Guleser, Esq.
									Karl Gerber, Esq.
									Attorneys for Plaintiff
									JASON M. SPENCER

DATED: May 9, 2017					BOND, SCHOENECK & KING PLLC

								By: /s/ *Jeffrey F. Allen*
									Jeffrey F. Allen, Esq.
									Attorneys for Defendant
									TECHNIC, INC.

**IT IS SO ORDERED**.					Dated: May 12, 2017

_____
UNITED STATES DISTRICT COURT JUDGE

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 11, 2017, a copy of the foregoing was filed electronically. Notice of this filing will be sent to Jeffrey F. Allen, Esq. at jeffreyallen@bsk.com by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.